# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JODY E WINSLOW |
| **Case Number:** | 4:09-BK-02817-EWH **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 06, 2009 02:00 PM  COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | ALICIA JOHNS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY AT 21232 E. ORCHARD LN. QUEEN CREEK, AZ 85242 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF AMERICA'S SERVICING COMPANY.

**R / M #:** 15 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
WAYNE MORTENSEN, ATTORNEY FOR JODY E WINSLOW
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, N.A.

## *Proceedings:*

MR. MORTENSEN REQUESTS A FINAL HEARING. THE DEBTOR IS DOING A LOAN MODIFICATION.

MR. MORRIS STATES THIS IS NOT A CONDUIT PLAN.

COURT: A FINAL HEARING WILL BE SET FOR SEPTEMBER 3, 2009 AT 2:00 P.M.

MR. MORRIS NOTES THERE ARE SUBSTANTIAL ARREARS.